IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **VERITY INVESTIGATIONS, LLC**,<br><br>Plaintiff-Relator,<br><br>v.<br><br>**DOEHLER NORTH AMERICA, INC.**,<br><br>Defendant. | Civil Action No.<br>4:25-CV-00120-WMR |

## Order

The United States of America having not intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4),

IT IS HEREBY ORDERED that:

1. The Complaint filed by Verity Investigations, LLC ("Relator") be unsealed in order that it may be served by Relators upon the Defendants;
2. All other contents of the Court's file (and associated docket entries) in this action shall remain under seal and not be made public or served upon Defendants, except for this Order and the United States of America's Notice of Election to Decline to Intervene, which Relator will serve upon Defendant after serving Relator's Complaint upon Defendant;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. Henceforth, Relator and Defendant shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), by mailing and emailing true copies thereof to:

Ariana Montez
United States Attorney's Office
600 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W., Suite 600
Atlanta, GA 30303
ariana.montez@sba.gov

5. The United States may order any deposition transcripts;

6. The United States is entitled to intervene in this action, for good cause, at any time;

7. The parties shall serve all notices of appeal upon the United States;

8. Copies of all Orders entered by this Court in this case shall be sent to the United States; and

9. Should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, they must confirm to this Court the consent of the United States in such action before the Court will rule or grant its approval.

IT IS so ORDERED, this 15th day of September 2026.

HON. WILLIAM M. RAY II
UNITED STATES DISTRICT JUDGE