UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. VERITY INVESTIGATIONS, LLC,<br><br>PLAINTIFF,<br><br>*v.*<br><br>DOEHLER NORTH AMERICA, INC.,<br><br>DEFENDANT. | Civil Action No.<br><br>4:25-cv-00120-WMR |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.1(E)(4), Assistant United States Attorney Melanie D. Hendry hereby notifies the Court of her withdrawal as counsel for Plaintiff United States in this action. Ariana Montez, who is also currently counsel of record for the United States, will continue to represent the United States after the withdrawal. As such, the undersigned counsel respectfully requests that she be terminated as attorney of record for the United States.

Dated: September 16, 2026

RESPECTFULLY SUBMITTED,

THEODORE S. HERTZBERG
*United States Attorney*

/s/ MELANIE D. HENDRY

MELANIE D. HENDRY
*Assistant United States Attorney*
Georgia Bar No. 867550

___________________________________
Melanie.hendry@usdoj.gov
United States Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303-3309
Tel. (404) 581-6000